IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| DABNEY B. WARREN, | § | |
| Plaintiff, | § | |
| vs. | § | Civil Action No. 1:09-CV-146-C |
| | § | ECF |
| MICHAEL J. ASTRUE, | § | |
| Commissioner of Social Security, | § | |
| Defendant. | § | |

## ORDER

**THIS MATTER** comes before the court on the Report and Recommendation filed March 7, 2011 (Doc. 25). No written objections have been filed.

**IT IS, THEREFORE, ORDERED** that the findings and conclusions in the Report and Recommendation are **ADOPTED** as the findings and conclusions of the court and that this cause is reversed and remanded for further proceedings pursuant to 405 U.S.C. § 405(g).

Upon remand, the ALJ should further explain the basis of his mental RFC finding, and may further develop the record to determine the limitations imposed by Plaintiff's mental impairments during the relevant period, as is necessary.

Dated March 23, 2011.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE